# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Donald J. Dugan  
       Janice L. Dugan  
           Debtor(s)

CHAPTER 7

BKY. NO. 21-22147 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Maria D. Miksich**  
Maria Miksich  
15 Oct 2021, 15:10:08, EDT

Brian C. Nicholas, Esq. (317240) ☐  
Maria D. Miksich, Esq. (319383) ☑  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com